**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 99-1455**

————

OLAKUNLE A. OJO,

                                                    Petitioner,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                                    Respondent.

————

On Petition for Review of an Order of the Board of Immigration Ap-
peals.  (A72-416-950)

————

Submitted:  December 22, 1999        Decided:  February 8, 2000

————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

————

Petition denied by unpublished per curiam opinion.

————

Joshua A. Moses, JOSHUA MOSES & ASSOCIATES, Silver Spring, Mary-
land, for Petitioner.  David W. Ogden, Acting Assistant Attorney
General, Richard M. Evans, Assistant Director, Joseph F. Ciolino,
Office of Immigration Litigation, Civil Division, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Olakunle Ajibola Ojo, a native and citizen of Nigeria, seeks review of a final order of the Board of Immigration Appeals (Board) denying Ojo's claims for suspension of deportation and voluntary departure and ordering him deported. We find that substantial evidence supports the Board's decision that Ojo is statutorily precluded from demonstrating the good moral character necessary to sustain applications for suspension of deportation or voluntary departure. See 8 U.S.C.A. § 1101(f) (West 1999). Therefore, we deny Ojo's petition for review.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED